Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR CEASONS HOLDINGS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-41386** |
| **Sidhartha Mukherjee and** | § | |
| **Sunita Mukherjee** | § | |
| | § | **Chapter 13** |
| | § | |
| **Debtors** | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY 2002(a) AND (b), AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

Ceasons Holdings, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon their attorney:

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Submitted on August 24, 2023.

   /s/  *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR CEASONS
HOLDINGS, LLC

## **CERTIFICATE OF SERVICE**

     This is to certify that a copy of the foregoing pleading was served electronically to those parties receiving ECF notification in this case and via United States First Class Mail to the parties listed below on August 24, 2023.

   /s/ *Howard Marc Spector*
Howard Marc Spector

James M. Morrison
Lee Law Firm, PLLC
8701 W. Bedford Euless Rd.
Suite 510
Hurst, TX 76053

Sidhartha Mukherjee
3905 Kite Meadow Drive
Plano, TX 75074

Sunita Mukherjee
3905 Kite Meadow Drive
Plano, TX 75074

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166