Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Seshu Madabushi,
Rahul Athale, Prashant Jadhav,
Harpreet Singh, and Prabha Singh

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIDHARTHA MUKHERJEE and | § | CASE NO. 23-41386-btr |
| SUNITA MUKHERJEE, | § | Chapter 13 |
| | § | |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

 Joyce W. Lindauer, on behalf of Seshu Madabushi, Rahul Athale, Prashant Jadhav, Harpreet Singh and Prabha Singh, creditors and parties-in-interest in the above-entitled and numbered case, respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon the undersigned at the said address.

 Dated: September 14, 2023.

              Respectfully submitted,

              */s/ Joyce W. Lindauer*
              Joyce W. Lindauer
              State Bar No. 21555700
              Joyce W. Lindauer Attorney, PLLC
              1412 Main Street, Suite 500
              Dallas, Texas 75202
              Telephone: (972) 503-4033
              Facsimile: (972) 503-4034
              Attorneys for Seshu Madabushi,
              Rahul Athale, Prashant Jadhav,
              Harpreet Singh, and Prabha Singh

Notice of Appearance and Request for
Service of Notices and Pleadings
Page 1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 14, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

                                                            */s/ Joyce W. Lindauer*
                                                            Joyce W. Lindauer

Notice of Appearance and Request for
Service of Notices and Pleadings
Page 2