Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR CEASONS HOLDINGS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-41386** |
| **Sidhartha Mukherjee and** | § | |
| **Sunita Mukherjee** | § | |
| | § | **Chapter 13** |
| | § | |
| **Debtors** | § | |

### CEASONS HOLDINGS, LLC'S WITNESS AND EXHIBIT LIST

COMES NOW Ceasons Holdings, LLC (the "Movant") and files its witness and exhibit list relating to the hearing set for October 4, 2023 at 10:30 a.m. on the Movant's Motion to Dismiss [Docket No. 21] and states:

### Witnesses

1.    Sidhartha Mukherjee;

2.    Sunita Mukherjee;

3.    John Davenport, Manager of Ceasons Holdings, LLC;

4.    Any witness designated by the Debtor(s).

5.    Any witness necessary for rebuttal.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| DEBTOR(S):<br><br>Sidhartha Mukherjee and<br>Sunita Mukherjee | MAIN BANKRUPTCY CASE NO.:<br><br>23-41386 |
|---|---|
| **CAPTION & CASE NO. OF ADVERSARY:** | **DATE OF TRIAL/HEARING<br>AND NATURE OF PROCEEDING:**<br><br>October 4, 2023 at 10:30 A.M.<br><br>Motion to Dismiss Hearing |

## EXHIBIT LIST OF CEASONS HOLDINGS, LLC

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1 | Promissory Note dated November 30, 2021 | | | |
| 2 | Deed of Trust and Security Agreement dated November 30, 2021 | | | |
| 3 | Non-Homestead Affidavit and Designation of Homestead dated November 30, 2021 | | | |
| 4 | Subordination, Non-Distubrance, and Attornment Agreement | | | |
| 5 | Residential Lease | | | |
| 6 | General Warranty Deed with Vendor's Lien in Favor of Third Party | | | |
| 7 | Deed of Trust dated March 17, 2020 | | | |
| 8 | Deed of Trust dated June 30, 2021 | | | |
| 9 | Any plan filed by the Debtor. | | | |

## CONTINUED EXHIBIT LIST O

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 10 | Any schedules and statements of financial affairs filed by Debtor. | | | |
| 11 | Any exhibit designated by any other party. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

  /s/   *Howard Marc Spector*
Howard Marc Spector
TBA# 00785023
Spector & Cox, PLLC.
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
CEASONS HOLDINGS, LLC

## CERTIFICATE OF SERVICE

This is to certify that on September 28, 2023 a copy of the foregoing was served via electronic means to all parties and counsel who receive ECF notice in this case.

   /s/  *Howard Marc Spector*
Howard Marc Spector