Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Jaiesh Narsian, Seshu
Madabushi, Rahul Athale, Prashant Jadhav,
Harpreet Singh, Prabha Singh and
Dipak Pravin

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIDHARTHA MUKHERJEE and | § | CASE NO. 23-41386-btr |
| SUNITA MUKHERJEE, | § | Chapter 13 |
| | § | |
| **Debtors.** | § | |

## **WITNESS AND EXHIBIT LIST**

Come now Jaiesh Narsian, Seshu Madabushi, Rahul Athale, Prashant Jadhav, Harpreet Singh, Prabha Singh and Dipak Pravin, creditors and parties-in-interest in the above-styled and numbered bankruptcy case ("Creditors"), and files this their Witness and Exhibit List for the hearing scheduled on October 4, 2023.

### **Witnesses**

At the hearing, the Creditors may call the following persons to testify as witnesses:

1. Sidhartha Mukherjee

2. Sunita Mukherjee

3. Jaiesh Narsian

4. Seshu Madabushi

5. Rahul Athale

6. Prashant Jadhav

Witness and Exhibit List
Page 1

7. Harpreet Singh

8. Prabha Singh

9. Dipak Pravin

10. Any witness designated by any other party

## Exhibits

At the hearing the Creditors may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Motion to Dismiss Case with Prejudice to Refiling [Docket No. 21] | | |
| 3 | Objection to Motion to Dismiss Case with Prejudice to Refiling [Docket No. 24] | | |
| 4 | Dallas Creative Remodelers – Business Information | | |
| 5 | Investment Contract between Dipakkumar P. Pravin and Dallas Creative Remodelers dated March 26, 2021 in the amount of $25,000.00 | | |
| 6 | Investment Contract between Dipakkumar P. Pravin and Dallas Creative Remodelers dated June 29, 2021 in the amount of $30,000.00 | | |
| 7 | Fraudulent Dallas Housing Authority Letter dated June 28, 2021 | | |
| 8 | Returned Check No. 9665 dated April 12, 2023 in the amount of $39,000.00 from Sidhartha Mukherjee payable to Dipak Pravin | | |
| 9 | Irving Police Department Incident Report – Public Release, Report No. 230008353-0000 | | |
| 10 | Dallas Housing Authority Letter dated October 21, 2022 | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 11 | Cost Sheet for Project No. IFB-2019-32 for Roseland Estates, Located at 3335 Munger, Dallas, Texas 75204 | | |
| 12 | Investment Contract between JPRS LLC and Dallas Creative Remodelers dated November 9, 2022 in the amount of $128,400.00 | | |
| 13 | Addendum No. 01 to Bid Contract Project No. IFB-2022-32 Documents and Specifications for the Replacement of VCT Flooring at Roseland Estates, Located at 3335 Munger, Dallas, Texas 75204 dated November 23, 2022 | | |
| 14 | JPRS Investment Receipt dated November 29, 2022 for Investment into Dallas Creative Remodelers | | |
| 15 | Investment Contract between Jujaar Singh and Dallas Creative Remodelers dated February 18, 2020 in the amount of $100,000.00 | | |
| 16 | Original Petition filed in Cause No. DC-23-02473 in the 162nd District Court of Dallas County, Texas styled Connie Quintana and Julio Quintana v. Sidhartha Mukherjee, Sunita Mukherjee and Harpreet Singh | | |
| 17 | Letter from Attorney General of Texas dated May 2, 2023 regarding Dallas Creative Remodelers, Complaint No. CGS-364558 | | |
| | Any exhibits identified by any other party. | | |

Creditors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. Creditors further reserve the right to supplement this list prior to the hearing.

Dated: September 29, 2023.

        Respectfully Submitted

        */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Jaiesh Narsian, Seshu Madabushi, Rahul Athale, Prashant Jadhav, Harpreet Singh, Prabha Singh and Dipak Pravin

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

Larry R Boyd on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
lboyd@abernathy-law.com, kescamilla@abernathy-law.com

Carey D. Ebert
ECFch13plano@ch13plano.com

Carey D. Ebert on behalf of Trustee Carey D. Ebert
ECFch13plano@ch13plano.com

Emily M. Hahn on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
ehahn@abernathy-law.com

Joyce W. Lindauer on behalf of Creditor Harpreet Singh
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Creditor Jaiesh Narsian
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Creditor Prabha Singh
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Creditor Prashant Jadhav
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Creditor Rahul Athale
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Creditor Seshu Madabushi
joyce@joycelindauer.com, dian@joycelindauer.com

Paul M Lopez on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
bankruptcy@abernathy-law.com

James M. Morrison on behalf of Debtor Sidhartha Mukherjee
ecf@leebankruptcy.com, ign@leebankruptcy.com; clerk@leebankruptcy.com;leelawecf@gmail.com;LeeLawFirmPLLC@jubileebk.net

James M. Morrison on behalf of Joint Debtor Sunita Mukherjee
ecf@leebankruptcy.com, ign@leebankruptcy.com; clerk@leebankruptcy.com;leelawecf@gmail.com;LeeLawFirmPLLC@jubileebk.net

Chandra Dianne Pryor on behalf of Creditor Toyota Motor Credit Corporation
chandra.pryor@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Linda Reece on behalf of Creditor Plano ISD
lreece@pbfcm.com

Howard Marc Spector on behalf of Creditor Ceasons Holdings, LLC
hspector@spectorcox.com, sshank@spectorcox.com; ahawkins@spectorcox.com; slthorn@spectorcox.com;hspector@ecf.courtdrive.com;SpectorCox@jubileebk.net

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer