9/29/23, 6:29 PM  Case 23-41386   Doc 30-1   Filed 09/29/23   TXEB Live Database-Entered 09/29/23 18:53:23   Desc Exhibit 1    Page 1 of 5

FinMgmtDue, FinMgmtDueJt

# United States Bankruptcy Court
## Eastern District of Texas (Sherman)
## Bankruptcy Petition #: 23-41386

| | |
|---|---|
| *Assigned to:* Chief Judge Brenda T. Rhoades | *Date filed:* 07/31/2023 |
| Chapter 13 | *341 meeting:* 09/14/2023 |
| Voluntary | *Deadline for filing claims:* 10/10/2023 |
| Asset | *Deadline for filing claims (govt.):* 01/29/2024 |

*Debtor*
**Sidhartha Mukherjee**
3905 Kite Meadow Drive
Plano, TX 75074
COLLIN-TX
SSN / ITIN: xxx-xx-1040
*dba* **Sri Laxmi Global Investment**

represented by **James M. Morrison**
Lee Law Firm, PLLC
8701 W. Bedford Euless Rd.
Suite 510
Hurst, TX 76053
469-646-8995
Email: ecf@leebankruptcy.com

*Joint Debtor*
**Sunita Mukherjee**
3905 Kite Meadow Drive
Plano, TX 75074
COLLIN-TX
SSN / ITIN: xxx-xx-5871
*dba* **Dallas Creative Remodelers**

represented by **James M. Morrison**
(See above for address)

*Trustee*
**Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580

represented by **Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580
Email: ECFch13plano@ch13plano.com

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2023 | 1 (90 pgs) | Chapter 13 Voluntary Petition With Schedules, Statements, and All Other Required Documents. Filed by Sidhartha Mukherjee, Sunita Mukherjee, Document Due 08/7/2023.(Morrison, James) (Entered: 07/31/2023) |
| 07/31/2023 | | Matrix (Uploaded Electronically) Filed by Sidhartha Mukherjee, Sunita Mukherjee Document Due 08/7/2023. (Morrison, James) (Entered: 07/31/2023) |

EXHIBIT "1"

| | | |
|---|---|---|
| 07/31/2023 | 2 (12 pgs) | -STRICKEN PER DOC #5- Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee (Morrison, James) Modified on 8/1/2023 (kms). (Entered: 07/31/2023) |
| 07/31/2023 | 3 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Sidhartha Mukherjee (Morrison, James) (Entered: 07/31/2023) |
| 07/31/2023 | 4 (1 pg) | Certificate of Credit Counseling for Joint Debtor Filed by Sunita Mukherjee (Morrison, James) (Entered: 07/31/2023) |
| 08/01/2023 | 5 (1 pg) | Order Striking Chapter 13 Plan *(RE: related document(s)2 Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee).* (kms) (Entered: 08/01/2023) |
| 08/01/2023 | 6 (2 pgs) | Notice of Appearance by (Attorney: Paul M. Lopez) Filed by COLLIN COUNTY TAX ASSESSOR/COLLECTOR (Lopez, Paul) (Entered: 08/01/2023) |
| 08/02/2023 | 8 (2 pgs) | Meeting of Creditors Filed by Carey D. Ebert 341(a) meeting to be held on 9/14/2023 at 11:40 AM at Chapter 13 Plano Telephonic Hearing. Last day to oppose dischargeability is 11/13/2023. Proofs of Claims due by 10/10/2023. Government Proof of Claim due by 1/29/2024. Confirmation hearing to be held on 10/18/2023 at 09:30 AM at TELEPHONIC HEARING LOCATION. (Ebert, Carey) (Entered: 08/02/2023) |
| 08/03/2023 | 7 (1 pg) | Request for Notices Filed by Ally Capital, c/o AIS Portfolio Services, LLC (Sharma, Amit) (Entered: 08/03/2023) |
| 08/03/2023 | 9 (2 pgs) | Certificate Of Mailing *(RE: related document(s)5 Order Striking Chapter 13 Plan (RE: related document(s)2 Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee). (kms)).* Notice Date 08/03/2023. (Admin.) (Entered: 08/03/2023) |
| 08/05/2023 | 10 (5 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. *(RE: related document(s)8 Meeting of Creditors Filed by Carey D. Ebert 341(a) meeting to be held on 9/14/2023 at 11:40 AM at Chapter 13 Plano Telephonic Hearing. Last day to oppose dischargeability is 11/13/2023. Proofs of Claims due by 10/10/2023. Government Proof of Claim due by 1/29/2024. Confirmation hearing to be held on 10/18/2023 at 09:30 AM at TELEPHONIC HEARING LOCATION. filed by Trustee Carey D. Ebert).* Notice Date 08/05/2023. (Admin.) (Entered: 08/05/2023) |
| 08/08/2023 | | Receipt of Voluntary Petition (Chapter 13)( 23-41386) [misc,volp13a] ( 313.00) filing fee. Receipt number A12975166, amount $ 313.00. (U.S. Treasury) (Entered: 08/08/2023) |
| 08/08/2023 | 11 | Declaration for Electronic Filing. Filing of this declaration constitutes a certification by the debtors attorney that: (1) the attorney is in possession of, at a minimum, an electronic or facsimile transmission version of the signed declaration; (2) the attorney has instructed the debtor to forward the originally signed declaration [i.e., with a wet signature] promptly to the attorney; and (3) the attorney will maintain the originally signed declaration for at least one year after final disposition of the case. Filed by Sidhartha Mukherjee, Sunita Mukherjee *(RE: related document(s)1 Chapter 13 Voluntary Petition With Schedules, Statements, and All Other Required Documents. Filed by Sidhartha Mukherjee, Sunita Mukherjee,* |

| | | |
|---|---|---|
| | | *Document Due 08/7/2023. filed by Debtor Sidhartha Mukherjee, Joint Debtor Sunita Mukherjee, Matrix (Uploaded Electronically) Filed by Sidhartha Mukherjee, Sunita Mukherjee Document Due 08/7/2023. filed by Debtor Sidhartha Mukherjee, Joint Debtor Sunita Mukherjee).* (Morrison, James) (Entered: 08/08/2023) |
| 08/10/2023 | [12](#) (2 pgs) | Notice of Appearance by (Attorney: LINDA REECE) Filed by Plano ISD (Reece, Linda) (Entered: 08/10/2023) |
| 08/11/2023 | [13](#) (2 pgs) | Request for Notices Filed by Mercedes-Benz Financial Services USA LLC (Gezel, Ed) (Entered: 08/11/2023) |
| 08/24/2023 | [14](#) (2 pgs) | Notice of Appearance by (Attorney: Howard Marc Spector) Filed by Ceasons Holdings, LLC (Spector, Howard) (Entered: 08/24/2023) |
| 08/29/2023 | [15](#) (2 pgs) | Notice of Appearance by (Attorney: Joyce W. Lindauer) Filed by Jaiesh Narsian (Lindauer, Joyce) (Entered: 08/29/2023) |
| 08/31/2023 | [16](#) (1 pg) | Notice of Missing Documents (Financial Management Certificate) to Individual Debtor (adi) (Entered: 08/31/2023) |
| 09/02/2023 | [17](#) (3 pgs) | Certificate Of Mailing *(RE: related document(s)[16](#) Notice of Missing Documents (Financial Management Certificate) to Individual Debtor (adi)).* Notice Date 09/02/2023. (Admin.) (Entered: 09/02/2023) |
| 09/12/2023 | [18](#) (15 pgs; 2 docs) | Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee (Attachments: # [1](#) Service List)(Morrison, James) (Entered: 09/12/2023) |
| 09/12/2023 | [19](#) (5 pgs; 2 docs) | Certificate of Service Filed by Sidhartha Mukherjee, Sunita Mukherjee *(RE: related document(s)[18](#) Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee (Attachments: # 1 Service List) filed by Debtor Sidhartha Mukherjee, Joint Debtor Sunita Mukherjee).* (Attachments: # [1](#) Service List) (Morrison, James) (Entered: 09/12/2023) |
| 09/14/2023 | [20](#) (2 pgs) | Notice of Appearance by (Attorney: Joyce W. Lindauer) Filed by Prabha Singh, Harpreet Singh, Prashant Jadhav, Rahul Athale, Seshu Madabushi (Lindauer, Joyce) (Entered: 09/14/2023) |
| 09/14/2023 | [21](#) (53 pgs; 3 docs) | Motion to Dismiss Chapter 13 Case *WITH PREJUDICE TO REFILING* Filed by Ceasons Holdings, LLC (Attachments: # [1](#) Proposed Order # [2](#) Certificate of Service) (Spector, Howard) (Entered: 09/14/2023) |
| 09/18/2023 | [22](#) (4 pgs; 3 docs) | Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 10/18/2023 at 10:00 AM at TELEPHONIC HEARING LOCATION. (Attachments: # [1](#) Proposed Order)(Ebert, Carey) (Entered: 09/18/2023) |
| 09/18/2023 | | Meeting of Creditors Not Held On 9/14/2023 Filed by Carey D. Ebert (Ebert, Carey) (Entered: 09/18/2023) |
| 09/19/2023 | [23](#) (1 pg) | A telephonic hearing will be held on 10/4/2023 at 10:30 AM to consider and act upon the Motion to Dismiss Chapter 13 Case *WITH PREJUDICE TO REFILING* Filed by Ceasons Holdings, LLC (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed as document number [21](#). (kc) (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/21/2023 | [24](#) (6 pgs) | Objection Filed by Rahul Athale, Prashant Jadhav, Seshu Madabushi, Jaiesh Narsian, Harpreet Singh, Prabha Singh *(RE: related document(s)[21](#) Motion to Dismiss Chapter 13 Case WITH PREJUDICE TO REFILING Filed by Ceasons Holdings, LLC (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Ceasons Holdings, LLC).* (Lindauer, Joyce) (Entered: 09/21/2023) |
| 09/21/2023 | [25](#) (5 pgs) | Certificate Of Mailing *(RE: related document(s)[23](#) A telephonic hearing will be held on 10/4/2023 at 10:30 AM to consider and act upon the Motion to Dismiss Chapter 13 Case WITH PREJUDICE TO REFILING Filed by Ceasons Holdings, LLC (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed as document number [21](#). (kc)).* Notice Date 09/21/2023. (Admin.) (Entered: 09/21/2023) |
| 09/21/2023 | [26](#) (3 pgs) | Certificate Of Mailing *(RE: related document(s)[22](#) Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 10/18/2023 at 10:00 AM at TELEPHONIC HEARING LOCATION. (Attachments: # 1 Proposed Order) filed by Trustee Carey D. Ebert).* Notice Date 09/21/2023. (Admin.) (Entered: 09/21/2023) |
| 09/25/2023 | [27](#) (4 pgs) | Objection to Confirmation of Plan Filed by Toyota Motor Credit Corporation *(RE: related document(s)[18](#) Chapter 13 Plan . Filed by Sidhartha Mukherjee, Sunita Mukherjee (Attachments: # 1 Service List)).* (Pryor, Chandra) (Entered: 09/25/2023) |
| 09/28/2023 | [28](#) (4 pgs) | Exhibit and/or Witness List Filed by Ceasons Holdings, LLC *(RE: related document(s)[21](#) Motion to Dismiss Chapter 13 Case WITH PREJUDICE TO REFILING Filed by Ceasons Holdings, LLC (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Ceasons Holdings, LLC, [23](#) A telephonic hearing will be held on 10/4/2023 at 10:30 AM to consider and act upon the Motion to Dismiss Chapter 13 Case WITH PREJUDICE TO REFILING Filed by Ceasons Holdings, LLC (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed as document number [21](#). (kc)).* (Spector, Howard) (Entered: 09/28/2023) |
| 09/29/2023 | [29](#) (7 pgs; 2 docs) | Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Dipak Pravin, Rahul Athale, Prashant Jadhav, Seshu Madabushi, Jaiesh Narsian, Harpreet Singh, Prabha Singh (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) (Entered: 09/29/2023) |
| 09/29/2023 | | Receipt of Motion to Convert 13 Case to 7 (by Trustee/Creditor)([ 23-41386](#)) [motion,m13to7] ( 25.00) filing fee. Receipt number A13044157, amount $ 25.00. (U.S. Treasury) (Entered: 09/29/2023) |

### PACER Service Center

#### Transaction Receipt

| 09/29/2023 18:34:26 | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer | **Client Code:** | Mukherjee |

| Description: | Docket Report | Search Criteria: | 23-41386 Fil or Ent: filed From: 1/1/2022 To: 9/29/2023 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.30 |