

**Truist Bank**
PO Box 85092
Richmond, VA 23286
Tel: 800.635.3112
Fax: 804.230.6846

*Electronic filed*

October 10, 2023

Ref: Sidhartha & Sunita Mukherjee
Case Number: 23-41386
Proof of Claim Number: 27
Claim Amount: $ 399.38

Dear Clerk of Court:

Truist Bank inadvertently filed in error Proof of Claim number  27  . Please accept this letter as written notice to withdraw Proof of Claim number  27  .

If you should have further questions, please do not hesitate to contact the Bankruptcy Department using the information provided below.

Sincerely,

Chad Snider
Bankruptcy Production Specialist II, Truist Bank
Tel: 1-800-635-3112 | Fax: 804-230-6846 | Email: DefaultBankruptcyManagement@truist.com