IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIDHARTHA MUKHERJEE and | § | CASE NO. 23-41386-btr |
| SUNITA MUKHERJEE, | § | Chapter 13 |
| | § | |
| Debtors. | § | |

**ORDER GRANTING MOTION TO CONVERT
CHAPTER 13 CASE TO CHAPTER 7**

CAME ON FOR CONSIDERATION BY THE COURT the Motion to Convert Chapter 13 Case to Chapter 7 [Dkt. No. 29] filed by Jaiesh Narsian, Seshu Madabushi, Rahul Athale, Prashant Jadhav, Harpreet Singh, Prabha Singh and Dipak Pravin, creditors and parties-in-interest in the above-styled and numbered bankruptcy case ("Creditors" or "Movants"), the Court having reviewed the pleadings, evidence and argument of counsel, finds good cause to grant the Motion. THE COURT HEREBY FINDS:

A. On July 31, 2023 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

B. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. The Debtors have concealed cash or other assets which have not been disclosed or properly accounted for in their Schedules and Statement of Financial Affairs, and any amendments thereto.

D. The Debtors failed to disclose all of their creditors in their Schedules and Statement of Financial Affairs, and any amendments thereto. Debtors further failed to provide sufficient notice of this bankruptcy proceeding to their creditors due to this omission.

E.  Debtors owe their creditors in excess of $2,750,000.00 and therefore, pursuant to 11 U.S.C. § 109(e), are not eligible for relief under chapter 13 of this title.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered case be and hereby is converted from Chapter 13 to Chapter 7; it is further

**ORDERED** that any funds on hand with the Chapter 13 Trustee, Carey D. Ebert, shall be held until such further order of this Court.

Signed on 10/31/2023

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Jaiesh Narsian, Seshu Madabushi, Rahul Athale, Prashant Jadhav, Harpreet Singh, Prabha Singh, Jujaar Singh, Terry Parvaga, Jasbir Kaur Parvaga and Dipak Pravin