| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-41386<br>Eastern District of Texas<br>Sherman<br>Thu Nov 30 20:50:46 CST 2023 | Ally Capital c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Capital, c/o AIS Portfolio Services, LL<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>ATTN Bankruptcy<br>PO Box 130424<br>Saint Paul, MN 55113-0004 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| Rahul Athale<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main St., Suite 500<br>Dallas, TX 75202-4042 | Attorney General of Texas<br>Bankruptcy Section<br>400 South Zang, Ste 1100<br>Dallas, TX 75208-6646 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Larry R Boyd<br>Abernathy Roeder Boyd & Hullett P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, Texas 75069-3276 | Ceasons Holdings<br>16818 Dallas Pkwy 200<br>Dallas, TX 75248-1919 | Ceasons Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 |
| Collin County Tax Assessor<br>2300 Bloomdale Rd 2324<br>McKinney, TX 75071-8517 | Connie & Julio Quintana<br>C/O Johnathan Wharton<br>P.O. Box 472027<br>Fort Worth, TX 76147-0227 | Dipak Pravin<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Emily M. Hahn<br>Abernathy Roeder Boyd & Hullett P.C.<br>1700 Redbud Blvd.<br>Ste. 300<br>McKinney, TX 75069-3276 |
| Harpreet Singh<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPRS, LLC<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 |
| Prashant Jadhav<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main St., Suite 500<br>Dallas, TX 75202-4042 | John Davenport<br>16818 Dallas Parkway<br>Dallas, TX 75248-1919 | Jujaar Singh<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 |
| Jujaar Singh<br>c/o Shahid Manzoor, Esq.<br>3017 Douglas Blvd., Suite 104<br>Roseville, CA 95661-3837 | Law Office of Johnathan Wharton<br>Johnathan Wharton<br>P.O. Box 472027<br>Fort Worth, TX 76147-0227 | Christopher M. Lee<br>Lee Law Firm, PLLC<br>8701 W. Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 |

```
(p)LEE LAW FIRM PLLC                    Joyce W. Lindauer                       Linebarger Goggan Blair et al
ATTN SUSAN HUDSON                       Joyce Lindauer, Attorney                2323 Bryan 1600
8701 BEDFORD EULESS RD 510              1412 Main Street                        Dallas, TX 75201-2637
HURST TX 76053-3874                     Suite 500
                                        Dallas, TX 75202-4042


Paul M Lopez                            Seshu Madabushi                         Manzoor Law Firm, Inc
Abernathy, Roeder, Boyd & Hullett, P.C. c/o Joyce W. Lindauer                   3017 Douglas Blvd 104
1700 Redbud Blvd.                       Joyce W. Lindauer Attorney, PLLC        Roseville, CA 95661-3837
Ste 300                                 1412 Main St., Suite 500
McKinney, TX 75069-3276                 Dallas, TX 75202-4042


Manzoor Law Firm, Inc.                  Mercedes Benz Financial                 Mercedes-Benz Financial Services USA LLC
Shahid Manzoor, Esq.                    P.O. Box 961                            c/o Bk Servicing, LLC
3017 Douglas Blvd., Suite 104           Roanoke, TX 76262-0961                  PO Box 131265
Roseville, CA 95661-3837                                                        Roseville, MN 55113-0011


Mercedes-Benz Financial Services USA LLC James M. Morrison                      Sidhartha Mukherjee
c/o Wilcox Law, PLLC                    Lee Law Firm, PLLC                      3905 Kite Meadow Drive
P.O. Box 201849                         8701 W. Bedford Euless Rd.              Plano, TX 75074-7757
Arlington, TX 76006-1849                Suite 510
                                        Hurst, TX 76053-3874


Sunita Mukherjee                        Jaiesh Narsian                          (p)PNC BANK RETAIL LENDING
3905 Kite Meadow Drive                  c/o Joyce W. Lindauer                   P O BOX 94982
Plano, TX 75074-7757                    Joyce W. Lindauer Attorney, PLLC        CLEVELAND OH 44101-4982
                                        1412 Main Street, Suite 500
                                        Dallas, TX 75202-4042


Jasbir Kaur Parvaga                     Terry Parvaga                           Linda S Payne
c/o Joyce W. Lindauer                   c/o Joyce W. Lindauer                   Linda S. Payne, Trustee
Joyce W. Lindauer Attorney, PLLC        Joyce W. Lindauer Attorney, PLLC        11700 Preston Road
1412 Main Street, Suite 500             1412 Main Street, Suite 500             Suite 660-667
Dallas, TX 75202-4042                   Dallas, TX 75202-4042                   Dallas, TX 75230-6112


Plano ISD                               (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Chandra Dianne Pryor
c/o Perdue Brandon Fielder et al        PO BOX 41067                            Bonial & Associates PC
1919 S. Shiloh Road, Suite 640, LB 40   NORFOLK VA 23541-1067                   14841 Dallas Pkwy., Ste.425
Garland, TX 75042-8234                                                          Dallas, TX 75254-8067


R&R Sky Traders LLC                     Ray USA Enterprise Inc., Sudipa Ray and Ray USA Enterprise Inc., Sudipa Ray, Kuntal
c/o Joyce W. Lindauer                   Kuntal Ray                              c/o John Paul Stanford, Esq.
Joyce W. Lindauer Attorney, PLLC        c/o John Paul Stanford, Esq.            2001 Bryan Tower, Ste. 1800
1412 Main Street, Suite 500             2001 Bryan Tower, Ste. 1800             Dallas, TX 75201
Dallas, TX 75202-4042                   Dallas, TX 75201


(p)GARLAND ISD                          Prabha Singh                            Howard Marc Spector
ATTN C/O PERDUE BRANDON ET AL           c/o Joyce W. Lindauer                   Spector & Cox, PLLC
1919 S SHILOH ROAD                      Joyce W. Lindauer Attorney, PLLC        12770 Coit Rd
SUITE 640 LB 40                         1412 Main St., Suite 500                Suite 850
GARLAND TX 75042-8234                   Dallas, TX 75202-4042                   Dallas, TX 75251-1364


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS THD/CBNA                                Terry Parvaga
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION PO Box 6497                         Jasbir Kaur Parvaga
PO BOX 13528                            Sioux Falls, SD 57117-6497              c/o Joyce W. Lindauer
AUSTIN TX 78711-3528                                                            Joyce W. Lindauer Attorney, PLLC
                                                                                1412 Main Street, Suite 500
                                                                                Dallas, TX 75202-4042
```

| | | |
|---|---|---|
| Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Toyota Financial Services<br>6565 Headquarters Dr<br>Plano, TX 75024-5965 |
| Toyota Motor Credit Corporation<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX 75254-7685 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Truist Bank<br>Po Box 1847<br>Wilson, NC 27894-1847 | Truist Bank, Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0002 | U.S. Small Business Administration<br>P.O. Box 830794<br>Birmingham, AL 35283-0794 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney<br>110 North College Ave 700<br>Tyler, TX 75702-0204 | United States Attorney General<br>Main Justice Building<br>10th and Constitution Ave 5111<br>Washington, DC 20530-0001 | United States Trustee's Office<br>110 North College Ave 300<br>Tyler, TX 75702-7231 |
| Stephen Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Zwicker & Associates PC<br>Anthony Cherian<br>17950 Preston Road 750<br>Dallas, TX 75252-5665 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lee Law Firm, PLLC<br>8701 Bedford Euless Rd 510<br>Hurst, TX 76053 | PNC<br>P.O. Box 71335<br>Philadelphia, PA 19176 | (d)PNC Bank<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 |
| (d)PNC Bank, N.A.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | (d)PNCBank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Linda Reece<br>Perdue Brandon Fielder Collins & Mott LL<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042 | State Comptroller<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Discover Bank/Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(d)Plano ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

(d)Dipak Pravin
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202-4042

(d)Harpreet Singh
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, TX 75202-4042

(d)Jujaar Singh
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202-4042

End of Label Matrix
Mailable recipients    76
Bypassed recipients     7
Total                  83