# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-41386 |
| **Sidhartha Mukherjee and** § | |
| **Sunita Mukherjee** § | |
| § | Chapter 13 |
| **Debtors** § | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST REAL PROPERTY

CAME ON FOR CONSIDERATION, the Motion for Relief from Automatic Stay as to Real Property filed by Ceasons Holdings, LLC concerning the real property and improvements located at 3905 Kite Meadow Drive, Plano, Texas (the "Property"). This Court, having considered the Motion and the objections filed; after determining that proper notice had been given to all parties of interest; and after determining that it has jurisdiction over the parties and the Motion; the Court is of the opinion that cause exists for terminating the automatic stay as requested in the Motion and that the Motion is well taken and should be GRANTED as set forth herein. It is therefore,

ORDERED that the automatic stay is hereby terminated to permit Ceasons Holdings, LLC and all ad valorem taxing authorities to exercise their respective rights and remedies under applicable non-bankruptcy law with respect to the Property. It is further,

ORDERED that the requirements of Bankruptcy Rule 4001(a)(3) are hereby waived. This Order is effective upon entry.

Signed on 12/01/2023

*Brenda T. Rhoades*   SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE