IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SIDHARTHA & SUNITA MUKHERJEE, § | CASE NO. 23-41386-BTR-7 |
| xxx-xx-1040; xxx-xx-5871 § | |
| 3905 Kite Meadow Drive § | |
| Plano, TX 75074 § | CHAPTER 7 |
|     DEBTORS. § | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**FILED BY MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

On December 12, 2023, there came on for consideration before this Court, the Motion for Relief from the Automatic Stay filed by Mercedes-Benz Financial Services USA LLC ("Mercedes-Benz"), Movant herein, complaining of Sidhartha & Sunita Mukherjee ("Debtors"). Mercedes-Benz was represented by and through its attorney of record, Stephen G. Wilcox. Debtors were represented by James Morrison of Lee Law Firm. The matter came on for hearing and, for the reasons stated on the record, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the automatic stay imposed pursuant to 11 U.S.C. §362 is terminated as to Mercedes-Benz with regard to the 2020 Mercedes-Benz GLC43W4, Vehicle Identification Number WDC0G6EB9LF739694.

IT IS FURTHER ORDERED that this Order is effective immediately and is not stayed for fourteen (14) days following the entry of this Order.

IT IS SO ORDERED.

Signed on 12/15/2023

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM:**

**/s/ Stephen G. Wilcox**
Stephen G. Wilcox
State Bar No. 21454300
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
**ATTORNEY FOR MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

/s/James Morrison
James Morrison
State Bar Number 14519050
Lee Law Firm, PLLC
8701 W. Bedford Euless Road, Suite 510
Hurst, TX 76053
469-646-8995
Fax : 469-694-1059
**ATTORNEY FOR DEBTOR**S

8323-00672-575856

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 23-41386-btr
Sidhartha Mukherjee Chapter 7
Sunita Mukherjee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 3
Date Rcvd: Dec 15, 2023      Form ID: pdf400      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sidhartha Mukherjee, Sunita Mukherjee, 3905 Kite Meadow Drive, Plano, TX 75074-7757 |
| cr | ++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011 address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | | Ceasons Holdings, LLC, c/o Howard Marc Spector, 12770 Coit Rd, St 850, Dallas, TX 75251 |
| cr | + | Dipak Pravin, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Harpreet Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Jaiesh Narsian, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Jasbir Kaur Parvaga, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Jujaar Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Prabha Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Prashant Jadhav, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Rahul Athale, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Seshu Madabushi, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Terry Parvaga, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2023 00:06:57 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: notices@bkservicing.com | Dec 16 2023 00:00:00 | Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Dec 16 2023 00:01:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: lreece@pbfcm.com | Dec 16 2023 00:00:00 | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 15 2023 23:59:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Dec 16 2023 00:00:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 23-41386   Doc 74   Filed 12/17/23   Entered 12/17/23 23:29:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0540-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: pdf400 | Total Noticed: 18 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carey D. Ebert | on behalf of Trustee Carey D. Ebert ECFch13plano@ch13plano.com |
| Chandra Dianne Pryor | on behalf of Creditor Toyota Motor Credit Corporation chandra.pryor@bonialpc.com  Notices.Bonial@ecf.courtdrive.com |
| Christopher M. Lee | on behalf of Debtor Sidhartha Mukherjee clee@leebankruptcy.com clerk@leebankruptcy.com;ign@leebankruptcy.com;leelawecf@gmail.com;ecf@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Christopher M. Lee | on behalf of Joint Debtor Sunita Mukherjee clee@leebankruptcy.com clerk@leebankruptcy.com;ign@leebankruptcy.com;leelawecf@gmail.com;ecf@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Emily M. Hahn | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Howard Marc Spector | on behalf of Creditor Ceasons Holdings  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com;SpectorCox@jubileebk.net |
| James M. Morrison | on behalf of Debtor Sidhartha Mukherjee ecf@leebankruptcy.com ign@leebankruptcy.com;clerk@leebankruptcy.com;leelawecf@gmail.com;LeeLawFirmPLLC@jubileebk.net |
| James M. Morrison | on behalf of Joint Debtor Sunita Mukherjee ecf@leebankruptcy.com ign@leebankruptcy.com;clerk@leebankruptcy.com;leelawecf@gmail.com;LeeLawFirmPLLC@jubileebk.net |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Joyce W. Lindauer | on behalf of Creditor Jaiesh Narsian joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Prabha Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Harpreet Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Terry Parvaga joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Jujaar Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Rahul Athale joyce@joycelindauer.com  dian@joycelindauer.com |

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 15, 2023 | Form ID: pdf400 | Total Noticed: 18 |

Joyce W. Lindauer
    on behalf of Creditor Prashant Jadhav joyce@joycelindauer.com  dian@joycelindauer.com

Joyce W. Lindauer
    on behalf of Creditor Seshu Madabushi joyce@joycelindauer.com  dian@joycelindauer.com

Joyce W. Lindauer
    on behalf of Creditor Jasbir Kaur Parvaga joyce@joycelindauer.com  dian@joycelindauer.com

Joyce W. Lindauer
    on behalf of Creditor Dipak Pravin joyce@joycelindauer.com  dian@joycelindauer.com

Larry R Boyd
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com
    kescamilla@abernathy-law.com

Linda Reece
    on behalf of Creditor Plano ISD lreece@pbfcm.com

Linda S Payne
    linda@paynetrustee.com  TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com;lsp@trustesolutions.net

Paul M Lopez
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Stephen Wilcox
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC swilcox@wilcoxlaw.net
    krw77@sbcglobal.net;kraudry@wilcoxlaw.net

TOTAL: 24