THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIDHARTHA MUKHERJEE | § | CASE NO.  23-41386-R |
| XXX-XX-1040 | § | |
| 3905 KITE MEADOW DRIVE | § | CHAPTER 13 |
| PLANO, TX   75074 | § | |
| | § | |
| SUNITA MUKHERJEE | § | |
| XXX-XX-5871 | § | |
| | § | |
| DEBTORS | § | |

### TRUSTEE'S OBJECTION TO MOTION FOR PAYMENT OF ATTORNEY'S FEES AS ADMINISTRATIVE EXPENSE

Carey D. Ebert, the Standing Chapter 13 Trustee, files this Objection to Motion for Payment of Attorney's Fees as Administrative Expense and would show:

The Debtors' attorney has requested approval of attorney's fees.  Debtors converted their case and has not consented in writing to the Application or Order.  While the fees may be approved, the Trustee must return the funds on hand to the Debtor pursuant to *Harris v. Viegelahn*, 135 S.C.t 1829 (2015). Consequently, any order should direct the Trustee to not pay the Applicant absent entry of an order agreed to by the Debtor. The Trustee is also required to hold the balance on hand until further order of the Court.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, the Standing Chapter 13 Trustee, prays  that the Court enter an order disallowing the attorney's fees requested absent an order agreed to by the Debtor.

Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, TBN 05332500
H. Jefferson LeForce, TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, TX 75074
(972) 943-2580
ch13plano@ch13plano.com

PLA_Motion_Xclaims

CERTIFICATE OF SERVICE

This is to certify the foregoing has been served on: (a) the parties listed below by either first class mail, the Court's electronic filing system (ECF), or by electronic means the recipient has consented to in writing; (b) all other parties receiving ECF notice; and (c) on any other party as listed in any additional certificate of service filed in connection with this pleading.

SIDHARTHA MUKHERJEE
SUNITA MUKHERJEE
3905 KITE MEADOW DRIVE
PLANO, TX   75074

ABERNATHY ROEDER BOYD AND HULLETT P.C.
1700 N. REDBUD BLVD. #300
MCKINNEY, TX   75069

AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK   73118

ED GEZEL
PO BOX 131265
ROSEVILLE, MN   55113-0011

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1919 S. SHILOH RD., SUITE 640 LB40
GARLAND, TX   75042

HOWARD MARC SPECTOR
SPECTOR & COX PLLC
12770 COIT ROAD, SUITE 850
DALLAS,, TX   75251-1364

JOYCE W. LINDAUER
ATTORNEY AT LAW
1412 MAIN ST. STE 500
DALLAS, TX   75202-4042

STEPHEN G WILCOX
WILCOX LAW PLLC
PO BOX 201849
ARLINGTON, TX   76006

QUILLING SELANDER CUMMISKEY & LOWNDS PC
2001 BRYAN STREET, SUITE 1800
DALLAS, TX   75201

PLA_Motion_Xclaims

Dated:  March 19, 2024                                    /s/ H. Jefferson LeForce
                                                          Office of the Standing Chapter 13 Trustee