Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−41386
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Sidhartha Mukherjee and Sunita Mukherjee

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, April 2, 2024*

at

*09:30 AM*

to consider and act upon document 85 − Application for Administrative Expenses by Chapter 13 Debtor's Attorney Filed by Sidhartha Mukherjee, Sunita Mukherjee (Attachments: # 1 Proposed Order # 2 Service List) (Lee, Christopher) filed as document number 85 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Wednesday, March 20, 2024

                                                     Jason K. McDonald
                                                     Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 23-41386-btr
Sidhartha Mukherjee Chapter 7
Sunita Mukherjee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 5
Date Rcvd: Mar 20, 2024     Form ID: 100v2     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sidhartha Mukherjee, Sunita Mukherjee, 3905 Kite Meadow Drive, Plano, TX 75074-7757 |
| cr | | Ceasons Holdings, LLC, c/o Howard Marc Spector, 12770 Coit Rd, St 850, Dallas, TX 75251 |
| cr | + | Jaiesh Narsian, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Jasbir Kaur Parvaga, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | + | Kuntal Ray, c/o Quilling, Selander, Lownds, et al, Attn: John Paul Stanford, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3071 |
| cr | + | Prabha Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Prashant Jadhav, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Rahul Athale, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Seshu Madabushi, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | + | Sudipa Ray, Attn: John Paul Stanford, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| cr | + | Terry Parvaga, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8295212 | + | Ceasons Holdings, 16818 Dallas Pkwy 200, Dallas, TX 75248-1919 |
| 8295213 | + | Collin County Tax Assessor, 2300 Bloomdale Rd 2324, McKinney, TX 75071-8517 |
| 8295214 | + | Connie & Julio Quintana, C/O Johnathan Wharton, P.O. Box 472027, Fort Worth, TX 76147-0227 |
| 8318647 | + | Dipak Pravin, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8322822 | + | Harpreet Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8322201 | + | JPRS, LLC, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8295218 | + | John Davenport, 16818 Dallas Parkway, Dallas, TX 75248-1919 |
| 8322202 | + | Jujaar Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8295219 | + | Jujaar Singh, c/o Shahid Manzoor, Esq., 3017 Douglas Blvd., Suite 104, Roseville, CA 95661-3837 |
| 8295220 | + | Law Office of Johnathan Wharton, Johnathan Wharton, P.O. Box 472027, Fort Worth, TX 76147-0227 |
| 8295223 | + | Manzoor Law Firm, Inc, 3017 Douglas Blvd 104, Roseville, CA 95661-3837 |
| 8295224 | + | Manzoor Law Firm, Inc., Shahid Manzoor, Esq., 3017 Douglas Blvd., Suite 104, Roseville, CA 95661-3837 |
| 8335441 | + | Mercedes-Benz Financial Services USA LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 8322652 | + | R&R Sky Traders LLC, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| 8322165 | | Ray USA Enterprise Inc., Sudipa Ray and, Kuntal Ray, c/o John Paul Stanford, Esq., 2001 Bryan Tower, Ste. 1800, Dallas, TX 75201 |
| 8322169 | | Ray USA Enterprise Inc., Sudipa Ray, Kuntal Ray, c/o John Paul Stanford, Esq., 2001 Bryan Tower, Ste. 1800, Dallas, TX 75201 |
| 8322616 | + | Terry Parvaga, Jasbir Kaur Parvaga, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500 Dallas, TX 75202-4042 |
| 8295234 | + | Toyota Financial Services, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 8295237 | | U.S. Small Business Administration, P.O. Box 830794, Birmingham, AL 35283-0794 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Mar 21 2024 00:31:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 21 2024 00:30:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

Case 23-41386 Doc 88 Filed 03/22/24 Entered 03/22/24 23:36:34 Desc Imaged
Certificate of Notice Page 3 of 6

| District/off: 0540-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 100v2 | Total Noticed: 66 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Mar 21 2024 00:31:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 8312010 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 00:44:50 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8295208 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 21 2024 00:30:00 | Ally Financial, ATTN Bankruptcy, PO Box 130424, Saint Paul, MN 55113-0004 |
| 8304093 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:44:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8295209 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:44:17 | Amex, PO Box 981540, El Paso, TX 79998-1540 |
| 8295210 | + | Email/Text: Bank4@oag.texas.gov | Mar 21 2024 00:30:00 | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 8298922 | | Email/Text: notices@bkservicing.com | Mar 21 2024 00:31:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 8295211 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 21 2024 00:30:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 8322289 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 21 2024 00:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 8295737 | + | Email/Text: bankruptcy@abernathy-law.com | Mar 21 2024 00:31:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, Texas 75069-3276 |
| 8295215 | + | Email/Text: mrdiscen@discover.com | Mar 21 2024 00:30:00 | Discover Bank/Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8295216 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 00:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8295221 | | Email/Text: ecf@leebankruptcy.com | Mar 21 2024 00:30:00 | Lee Law Firm, PLLC, 8701 Bedford Euless Rd 510, Hurst, TX 76053 |
| 8295222 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 21 2024 00:31:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 8295225 | + | Email/Text: M74banko@mercedes-benz.com | Mar 21 2024 00:30:00 | Mercedes Benz Financial, P.O. Box 961, Roanoke, TX 76262-0961 |
| 8295226 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 00:30:00 | PNC, P.O. Box 71335, Philadelphia, PA 19176 |
| 8295227 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 00:30:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 8295228 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 00:30:00 | PNC Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 8321035 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 00:30:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 8295229 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2024 00:30:00 | PNCBank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 8320642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 00:43:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 8299525 | + | Email/Text: lreece@pbfcm.com | Mar 21 2024 00:31:00 | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| 8295230 | | Email/Text: pacer@cpa.state.tx.us | Mar 21 2024 00:31:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 8295233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:44:09 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 8295231 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Mar 21 2024 00:31:00 | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 8295232 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 21 2024 00:31:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 8304506 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 21 2024 00:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 8295235 | + | Email/Text: bankruptcy@bbandt.com | Mar 21 2024 00:31:00 | Truist Bank, Po Box 1847, Wilson, NC 27894-1847 |
| 8304237 | + | Email/Text: bankruptcy@bbandt.com | Mar 21 2024 00:31:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 8295236 | + | Email/Text: bankruptcynotices@sba.gov | Mar 21 2024 00:30:00 | U.S. Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 8295238 | | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Mar 21 2024 00:30:00 | United States Attorney, 110 North College Ave 700, Tyler, TX 75702-0204 |
| 8295239 | ^ | MEBN | Mar 21 2024 00:17:35 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 8295240 | | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Mar 21 2024 00:31:00 | United States Trustee's Office, 110 North College Ave 300, Tyler, TX 75702-7231 |
| 8295241 | + | Email/Text: bkfilings@zwickerpc.com | Mar 21 2024 00:31:00 | Zwicker & Associates PC, Anthony Cherian, 17950 Preston Road 750, Dallas, TX 75252-5665 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | *+ | Dipak Pravin, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | *+ | Harpreet Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |
| cr | *+ | Jujaar Singh, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, TX 75202-4042 |
| cr | *+ | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| 8307149 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8297444 | * | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8295217 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bill F. Payne | on behalf of Trustee Linda S Payne bill@wpaynelaw.com TX21@ecfcbis.com;lgarner@paynetrustee.com;bpayne2@ecf.epiqsystems.com;bterry@wpaynelaw.com |
| Carey D. Ebert | on behalf of Trustee Carey D. Ebert ECFch13plano@ch13plano.com |
| Chandra Dianne Pryor | on behalf of Creditor Toyota Motor Credit Corporation chandra.pryor@bonialpc.com  Notices.Bonial@ecf.courtdrive.com |
| Emily M. Hahn | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Howard Marc Spector | on behalf of Creditor Ceasons Holdings  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com;SpectorCox@jubileebk.net |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| John Paul Stanford | on behalf of Creditor Sudipa Ray jstanford@qslwm.com  nchancellor@qslwm.com |
| John Paul Stanford | on behalf of Creditor Kuntal Ray jstanford@qslwm.com  nchancellor@qslwm.com |
| Joyce W. Lindauer | on behalf of Creditor Jaiesh Narsian joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Prabha Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Harpreet Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Terry Parvaga joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Jujaar Singh joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Rahul Athale joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Prashant Jadhav joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Seshu Madabushi joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Jasbir Kaur Parvaga joyce@joycelindauer.com  dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Dipak Pravin joyce@joycelindauer.com  dian@joycelindauer.com |
| Larry R Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com kescamilla@abernathy-law.com |
| Linda Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com |
| Linda S Payne | linda@paynetrustee.com TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com;lsp@trustesolutions.net |
| Paul M Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Stephen Wilcox | on behalf of Creditor Mercedes-Benz Financial Services USA LLC swilcox@wilcoxlaw.net krw77@sbcglobal.net;kraudry@wilcoxlaw.net |

District/off: 0540-4                            User: admin                               Page 5 of 5
Date Rcvd: Mar 20, 2024                         Form ID: 100v2                            Total Noticed: 66
TOTAL: 23