# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:

Sidhartha Mukherjee
Sunita Mukherjee

Debtors

Case No. 23-41386
Chapter 7

## ORDER GRANTING
## MOTION TO COMPEL CHAPTER 13 TRUSTEE TO TURNOVER FUNDS

ON THIS DAY came on to be heard the Motion to Compel Chapter 13 Trustee to Turnover Funds, after appropriate notice and opportunity for hearing, the Court finds the Motion should be approved.  Therefore, it is

ORDERED that Chapter 13 Trustee shall turn over and pay the sum of $8,280.00 to Linda S. Payne, Chapter 7 Trustee, immediately upon entry of this order.

IT IS SO ORDERED.

Signed on 05/10/2024

_Brenda T. Rhoades_  SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE