**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:

SIDHARTHA MUKHERJEE
SUNITA MUKHERJEE
　　　Debtor(s)

Case No. 23-41386-R

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carey D. Ebert, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2023.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/31/2023.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $249,147.58.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,000.00 |
| Less amount refunded to debtor | $8,280.00 |

**NET RECEIPTS:**                                                    **$720.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $720.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                               **$720.00**

Attorney fees paid and disclosed by debtor:          $1,137.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | Secured | NA | 22,844.57 | 22,844.57 | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 22,844.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 9,766.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 2,578.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 9,321.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 2,970.00 | 2,970.42 | 2,970.42 | 0.00 | 0.00 |
| CEASONS HOLDINGS LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| CEASONS HOLDINGS LLC | Secured | 300,000.00 | 315,210.00 | 315,210.00 | 0.00 | 0.00 |
| COLLIN COUNTY TAX ASSESSOR/CO | Secured | 12,135.42 | 7,717.06 | 7,717.06 | 0.00 | 0.00 |
| DIPAKKUMAR P PRAVIN | Unsecured | NA | 91,250.00 | 91,250.00 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,121.00 | 1,227.35 | 1,227.35 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,729.00 | 8,922.49 | 8,922.49 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 16,000.00 | NA | NA | 0.00 | 0.00 |
| JPRS LLC | Unsecured | NA | 226,800.00 | 226,800.00 | 0.00 | 0.00 |
| JUJAAR SINGH | Unsecured | NA | 715,000.00 | 715,000.00 | 0.00 | 0.00 |
| MERCEDEZ-BENZ FINANCIAL SERVI | Secured | NA | NA | NA | 0.00 | 0.00 |
| MERCEDEZ-BENZ FINANCIAL SERVI | Secured | 44,760.00 | 41,844.49 | 41,844.49 | 0.00 | 0.00 |
| PNC BANK | Unsecured | 19,145.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 20,131.00 | 20,131.99 | 20,131.99 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 4,475.00 | 4,475.92 | 4,475.92 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 3,838.00 | 3,360.71 | 3,360.71 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 8,397.00 | 8,397.69 | 8,397.69 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 27,784.00 | 27,784.44 | 27,784.44 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION | Unsecured | 32,678.00 | 32,678.41 | 32,678.41 | 0.00 | 0.00 |
| PNCBANK | Unsecured | 26,991.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,895.00 | 4,009.10 | 4,009.10 | 0.00 | 0.00 |
| R&R SKY TRADERS LLC | Unsecured | NA | 95,250.00 | 95,250.00 | 0.00 | 0.00 |
| TERRY PARVAGA | Unsecured | NA | 405,450.00 | 405,450.00 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Secured | 37,920.00 | NA | NA | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | NA | 399.38 | 399.38 | 0.00 | 0.00 |
| TRUIST BANK DDA/RECOVERY | Unsecured | NA | 0.55 | 0.55 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRUIST BANK, SUPPORT SERVICES | Unsecured | 207.00 | 195.70 | 195.70 | 0.00 | 0.00 |
| TRUIST SUPPORT SERVICES | Unsecured | 1,127.00 | 2,346.86 | 2,346.86 | 0.00 | 0.00 |
| TRUIST SUPPORT SERVICES | Unsecured | 2,974.00 | 2,611.84 | 2,611.84 | 0.00 | 0.00 |
| TRUIST SUPPORT SERVICES | Unsecured | NA | 399.38 | 399.38 | 0.00 | 0.00 |
| US SMALL BUSINESS ADMINISTRATI | Unsecured | 186,500.00 | NA | NA | 0.00 | 0.00 |
| US SMALL BUSINESS ADMINISTRATI | Unsecured | 243,426.44 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $315,210.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $64,689.06 | $0.00 | $0.00 |
| All Other Secured | $7,717.06 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$387,616.12** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$1,653,662.23** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $720.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$720.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/04/2024                              By: /s/ Carey D. Ebert
                                                          ————————————————————————
                                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

SIDHARTHA MUKHERJEE
SUNITA MUKHERJEE
3905 KITE MEADOW DRIVE
PLANO, TX  75074


Dated:   June 04, 2024 _____          /s/ Carey D. Ebert _____
                                                 Office of the Standing Chapter 13 Trustee


**UST Form 101-13-FR-S (09/01/2009)**