UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 23-41386 |
|---|---|
| SIDHARTHA MUKHERJEE<br>SUNITA MUKHERJEE | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/4/2024, I did cause a copy of the following documents, described below,

Notice of Trustee Final Report

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2024

/s/ H. JEFFERSON LEFORCE
H. JEFFERSON LEFORCE  00791094

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041
972 943 2580
cos@ch13plano.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 23-41386 |
|---|---|
| SIDHARTHA MUKHERJEE<br>SUNITA MUKHERJEE | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/4/2024, a copy of the following documents, described below,

Notice of Trustee Final Report

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JEFFERSON LEFORCE

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ABERNATHY ROEDER BOYD AND HULLETT P.C.<br>1700 N. REDBUD BLVD. #300<br>MCKINNEY, TX 75069 | AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | ALLY CAPITAL<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062 |
| ALLY CAPITAL C/O AIS PORTFOLIO SERVICES, LLC<br>4515 N. SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | ALLY CAPITAL, C/O AIS PORTFOLIO SERVICES, LL<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | ALLY FINANCIAL<br>PO BOX 130424<br>SAINT PAUL, MN 55113-0004 |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981540<br>EL PASO, TX 79998 | ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY SECTION<br>400 SOUTH ZANG STE 1100<br>DALLAS, TX 75208 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | BANK OF AMERICA NA<br>PO BOX 15102<br>WILMINGTON, DE 19886 | BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS, TX 75267 |
| CEASONS HOLDINGS<br>16818 DALLAS PKWY 200<br>DALLAS, TX 75248 | CM/ECF E-SERVICE<br>CEASONS HOLDINGS LLC +<br>16818 DALLAS PARKWAY<br>DALLAS, TX 75248 | CEASONS HOLDINGS, LLC<br>C/O HOWARD MARC SPECTOR<br>12770 COIT RD, ST 850<br>DALLAS, TX 75251 |
| CHAPTER 7 BANKRUPTCY TRUSTEE LINDA S. PAYNE<br>11700 PRESTON RD., STE 660-667<br>DALLAS, TX 75230 | COLLIN COUNTY TAX ASSESSOR<br>2300 BLOOMINGDALE RD STE 2324<br>MCKINNEY, TX 75071 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>PO BOX 8046<br>MCKINNEY, TX 75070-8046 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O ABERNATHY RODER BOYD & HULLETT PC<br>1700 REDBUD BLVD SUITE 300<br>MCKINNEY, TX 75069 | CONNIE & JULIO QUINTANA<br>C/O JOHNATHAN WHARTON<br>P.O. BOX 472027<br>FORT WORTH, TX 76147 | CM/ECF E-SERVICE<br>DIPAK PRAVIN +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 |
| DIPAKKUMAR P PRAVIN<br>7432 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | DISCOVER BANK DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| ED GEZEL<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | CM/ECF E-SERVICE<br>HARPREET SINGH +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 | HARPREET SINGH<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN ST., SUITE 500<br>DALLAS, TX 75202 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HOWARD MARC SPECTOR<br>SPECTOR & COX PLLC<br>12770 COIT ROAD, SUITE 850<br>DALLAS,, TX 75251-1364 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | CM/ECF E-SERVICE<br>JAIESH NARSIAN +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 |
| JAMES M. MORRISON<br>LEE LAW FIRM, PLLC<br>8701 W. BEDFORD EULESS RD.<br>SUITE 510<br>HURST, TX 76053 | JOHN DAVENPORT<br>16818 DALLAS PARKWAY<br>DALLAS, TX 75248 | JOYCE W. LINDAUER<br>ATTORNEY AT LAW<br>1412 MAIN ST. STE 500<br>DALLAS, TX 75202-4042 |
| JPRS LLC<br>8544 RUGBY DRIVE<br>IRVING, TX 75063 | JPRS, LLC<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 | CM/ECF E-SERVICE<br>JUJAAR SINGH +<br>C/O SHAHID MANZOOR, ESQ.<br>3017 DOUGLAS BLVD., SUITE 104<br>ROSEVILLE, CA 95661 |
| JUJAAR SINGH<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 | JUJAAR SINGH<br>3049 STONINGTON DRIVE<br>ROSEVILLE, CA 95747 | LAW OFFICE OF JOHNATHAN WHARTON<br>JOHNATHAN WHARTON<br>P.O. BOX 472027<br>FORT WORTH, TX 76147 |
| LEE LAW FIRM PLLC<br>8701 BEDFORD EULESS ROAD<br>SUITE 510<br>HURST, TX 76053 | LINEBARGER GOGGAN BLAIR ET AL<br>2323 BRYAN 1600<br>DALLAS, TX 75201 | MANZOOR LAW FIRM, INC<br>3017 DOUGLAS BLVD 104<br>ROSEVILLE, CA 95661 |
| MANZOOR LAW FIRM, INC.<br>SHAHID MANZOOR, ESQ.<br>3017 DOUGLAS BLVD., SUITE 104<br>ROSEVILLE, CA 95661 | MERCEDES-BENZ FINANCIAL SERVICES<br>P.O. BOX 961<br>ROANOKE, TX 76262 | CM/ECF E-SERVICE<br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC +<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113 | MERCEDEZ-BENZ FINANCIAL SERVICES USA LLC<br>PO BOX 5209<br>CAROL STREAM, IL 60197-5209 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>1919 S. SHILOH RD., SUITE 640 LB40<br>GARLAND, TX 75042 | CM/ECF E-SERVICE<br>PLANO ISD +<br>GAY MCCALL ISAAKS GORDON AND ROBERTS PC<br>777 E 15TH ST<br>PLANO, TX 75074 | PNC<br>P.O. BOX 71335<br>PHILADELPHIA, PA 19176 |
| PNC BANK<br>1 FINANCIAL PKWY<br>KALAMAZOO, MI 49009-8002 | PNC BANK NATIONAL ASSOCIATION<br>PO BOX 94982<br>CLEVELAND, OH 44101 | PNC BANK, N.A.<br>1 FINANCIAL PKWY<br>KALAMAZOO, MI 49009 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION<br>PO BOX 94982<br>CLEVELAND, OH 44101 | PNCBANK<br>2730 LIBERTY AVE<br>PITTSBURGH, PA 15222 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541-2914 | CM/ECF E-SERVICE<br>PRABHA SINGH +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN ST., SUITE 500<br>DALLAS, TX 75202 | CM/ECF E-SERVICE<br>PRASHANT JADHAV +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN ST., SUITE 500<br>DALLAS, TX 75202 |
| QUILLING SELANDER CUMMISKEY & LOWNDS PC<br>2001 BRYAN STREET, SUITE 1800<br>DALLAS, TX 75201 | R&R SKY TRADERS LLC<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN STREET, SUITE 500<br>DALLAS, TX 75202 | R&R SKY TRADERS LLC<br>3809 CITADEL DRIVE<br>GARLAND, TX 75040 |
| CM/ECF E-SERVICE<br>RAHUL ATHALE +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN ST., SUITE 500<br>DALLAS, TX 75202 | RAY USA ENTERPRISE INC., SUDIPA RAY AND +<br>KUNTAL RAY<br>C/O JOHN PAUL STANFORD, ESQ.<br>2001 BRYAN TOWER, STE. 1800<br>DALLAS, TX 75201 | RAY USA ENTERPRISE INC., SUDIPA RAY,<br>KUNTAL<br>C/O JOHN PAUL STANFORD, ESQ.<br>2001 BRYAN TOWER, STE. 1800<br>DALLAS, TX 75201 |
| CM/ECF E-SERVICE<br>SESHU MADABUSHI +<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 MAIN ST., SUITE 500<br>DALLAS, TX 75202 | CM/ECF E-SERVICE<br>SIDHARTHA MUKHERJEE +<br>SUNITA MUKHERJEE<br>3905 KITE MEADOW DRIVE<br>PLANO, TX 75074 | STEPHEN G WILCOX<br>WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON, TX 76006 |
| CM/ECF E-SERVICE<br>TERRY PARVAGA +<br>JASBIR KAUR PARVAGA<br>C/O JOYCE W. LINDAUER<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>DALLAS, TX 75202 | TERRY PARVAGA<br>3809 CITADEL DRIVE<br>GARLAND, TX 75040 | TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>LICENSES AND PERMIT DIVISION<br>PO BOX 13127<br>AUSTIN, TX 78711-3127 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY<br>SECTION<br>PO BOX 13528<br>AUSTIN, TX 78711-3528 | TEXAS EMPLOYMENT COMMISSION<br>TEC BLDG-BANKRUPTCY<br>101 EAST 15TH STREET<br>AUSTIN, TX 78701-1442 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 |
| TOYOTA FINANCIAL SERVICES<br>6565 HEADQUARTERS DR<br>PLANO, TX 75024 | CM/ECF E-SERVICE<br>TOYOTA MOTOR CREDIT CORPORATION +<br>PO BOX 9013<br>ADDISON, TEXAS 75001<br>ADDISON, 75001 | TOYOTA MOTOR CREDIT CORPORATION<br>14841 DALLAS PARKWAY, SUITE 350<br>DALLAS, TX 75254 |
| TRUIST BANK<br>SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23286 | TRUIST BANK<br>PO BOX 1847<br>WILSON, NC 27894 | TRUIST BANK<br>ATTN: SUPPORT SERVICES<br>P.O. BOX 85092<br>RICHMOND, VA 23286 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| TRUIST BANK DDA/RECOVERY<br>PO BOX 85041<br>306-40-06-60<br>RICHMOND, VA 23285 | TRUIST BANK, SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23286 | TRUIST SUPPORT SERVICES<br>PO BOX 85092<br>306-40-06-10<br>RICHMOND, VA 23286 |
| UNITED STATES ATTORNEY<br>110 NORTH COLLEGE AVE 700<br>TYLER, TX 75702-0204 | UNITED STATES ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING<br>10TH AND CONSTITUTION AVE 5111<br>WASHINGTON, DC 20530 | UNITED STATES TRUSTEE'S OFFICE<br>110 NORTH COLLEGE AVE 300<br>TYLER, TX 75702-7231 |
| US SMALL BUSINESS ADMINISTRATION<br>PO BOX 830794<br>BIRMINGHAM, AL 35283 | US SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON, DC 20416 | ZWICKER & ASSOCIATES PC<br>ANTHONY CHERIAN<br>17950 PRESTON ROAD 750<br>DALLAS, TX 75252 |

(U.S. Trustee)
US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
represented by:
John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702

john.m.vardeman@usdoj.gov

(Creditor)
Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

(Creditor)
Toyota Motor Credit Corporation
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
represented by:
Chandra Dianne Pryor
Bonial & Associates PC
14841 Dallas Pkwy., Ste.425
Dallas, TX 75254

chandra.pryor@bonialpc.com

(Creditor)
Prabha Singh
7128 Chelsea Dr.
North Richland Hills, TX 76180
represented by:
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

joyce@joycelindauer.com

(Creditor)
Jujaar Singh
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
represented by:
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

joyce@joycelindauer.com

(Creditor)
Harpreet Singh
7128 Chelsea Dr.
North Richland Hills, TX 76180
represented by:
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

joyce@joycelindauer.com

(Creditor)
Sudipa Ray
c/o Quilling, Selander, Lownds, et al
Attn: John Paul Stanford
2001 Bryan Street
Suite 1800
Dallas, TX 75201United States
represented by:
John Paul Stanford
Quilling, Selander, Lownds, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201

jstanford@qslwm.com

(Creditor)
Kuntal Ray
c/o Quilling, Selander, Lownds, et al
Attn: John Paul Stanford
2001 Bryan Street
Suite 1800
Dallas, TX 75201
represented by:
John Paul Stanford
Quilling, Selander, Lownds, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201

jstanford@qslwm.com

(Creditor)
Dipak Pravin
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
represented by:
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

joyce@joycelindauer.com

(Creditor)
Plano ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042
represented by:
Linda Reece
Perdue Brandon Fielder Collins & Mott LLP
1919 S. Shiloh Road
Suite 640, LB 40
Garland, TX 75042

lreece@pbfcm.com

(Trustee)
Linda S Payne
Linda S. Payne, Trustee
11700 Preston Road
Suite 660-667
Dallas, TX 75230
represented by:
Bill F. Payne
Law Offices of Bill F. Payne, P.C.
11700 Preston Road
Ste 660-667
Dallas, TX 75230

bill@wpaynelaw.com

(Creditor)
Terry Parvaga
c/o Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
represented by:
Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202

joyce@joycelindauer.com

| | | |
|---|---|---|
| (Creditor)<br>Jasbir Kaur Parvaga<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>represented by:<br>Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202<br><br>joyce@joycelindauer.com | (Creditor)<br>Jaiesh Narsian<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>represented by:<br>Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202<br><br>joyce@joycelindauer.com | James M. Morrison<br>Lee Law Firm, PLLC<br>8701 W. Bedford Euless Rd.<br>Suite 510<br>Hurst, TX 76053<br><br>ecf@leebankruptcy.com |
| (Joint Debtor)PRO SE<br>Sunita Mukherjee<br>3905 Kite Meadow Drive<br>Plano, TX 75074<br>represented by:<br>Christopher M. Lee<br>Lee Law Firm, PLLC<br>8701 W. Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053<br><br>clee@leebankruptcy.com | James M. Morrison<br>Lee Law Firm, PLLC<br>8701 W. Bedford Euless Rd.<br>Suite 510<br>Hurst, TX 76053<br><br>ecf@leebankruptcy.com | (Debtor)PRO SE<br>Sidhartha Mukherjee<br>3905 Kite Meadow Drive<br>Plano, TX 75074<br>represented by:<br>Christopher M. Lee<br>Lee Law Firm, PLLC<br>8701 W. Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053<br><br>clee@leebankruptcy.com |
| (Trustee)<br>Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>represented by:<br>Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br><br>cmoser@qslwm.com | (Creditor)<br>Mercedes-Benz Financial Services USA LLC<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113<br>represented by:<br>Stephen Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006<br><br>swilcox@wilcoxlaw.net | (Creditor)<br>Seshu Madabushi<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main St., Suite 500<br>Dallas, TX 75202<br>represented by:<br>Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202<br><br>joyce@joycelindauer.com |
| (Creditor)<br>Prashant Jadhav<br>c/o Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main St., Suite 500<br>Dallas, TX 75202<br>represented by:<br>Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202<br><br>joyce@joycelindauer.com | (Trustee)<br>Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166<br>represented by:<br>Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166<br><br>ECFch13plano@ch13plano.com | (Creditor)<br>Ceasons Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251<br>represented by:<br>Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Rd<br>Suite 850<br>Dallas, TX 75251<br><br>hspector@spectorcox.com |

COURT'S LIST OF ELECTRONIC SERVICE RECIPIENTS

Paul M Lopez
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd.
Ste 300
McKinney, TX 75069

bankruptcy@abernathy-law.com

Emily M. Hahn
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

ehahn@abernathy-law.com

(Creditor)
COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
represented by:
Larry R Boyd
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

lboyd@abernathy-law.com

Case 23-41386    Doc 101    Filed 06/04/24    Entered 06/04/24 13:03:26    Desc Main
Document    Page 9 of 10

Paul M Lopez
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd.
Ste 300
McKinney, TX 75069

Emily M. Hahn
Abernathy Roeder Boyd & Hullett P.C.
1700 Redbud Blvd.
Ste. 300
McKinney, TX 75069

(Creditor)
COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

(Creditor)  
Rahul Athale  
c/o Joyce W. Lindauer  
Joyce W. Lindauer Attorney, PLLC  
1412 Main St., Suite 500  
Dallas, TX 75202  
represented by:  
Joyce W. Lindauer  
Joyce Lindauer, Attorney  
1412 Main Street  
Suite 500  
Dallas, TX 75202  

joyce@joycelindauer.com

(Creditor)  
Ally Capital, c/o AIS Portfolio Services, LLC  
4515 N Santa Fe Ave. Dept. APS  
Oklahoma City, OK 73118