THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIDHARTHA MUKHERJEE | § | CASE NO. 23-41386-R |
| XXX-XX-1040 | § | |
| 3905 KITE MEADOW DRIVE | § | CHAPTER 7 |
| PLANO, TX 75074 | § | |
| | § | |
| SUNITA MUKHERJEE | § | |
| XXX-XX-5871 | § | |
| | § | |
| DEBTORS | § | |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE
## IN CASE CONVERTED TO CHAPTER 7

Upon the conversion of the above-referenced case to a case under Chapter 7 and the filing of the Chapter 13 Trustee's certification that the Chapter 13 phase of this case has been fully administered and upon request to be discharged of the duties as the Chapter 13 Trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Carey D. Ebert is hereby **DISCHARGED** of all duties as the duly-appointed Chapter 13 Trustee in the above-referenced case.

Signed on 7/15/2024

_Brenda T. Rhoades_   ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

PLA_Order_DischargingTrustee (Rev 6/10/2014)